# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEMA JOHNSON,<br>*Plaintiff*,<br><br>v.<br><br>ALDI INC., *et al.*,<br>*Defendants*. | :<br>:<br>:<br>:    **CIVIL ACTION NO. 18-CV-3204**<br>:<br>:<br>: |

# ORDER

AND NOW, this 2nd day of August, 2018, upon consideration of Plaintiff Thema Johnson's *motion for leave to proceed in forma pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is hereby **ORDERED** that:

1. The request for leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. For the reasons set forth in the accompanying Memorandum, the Complaint is **DISMISSED** for lack of subject-matter jurisdiction. This dismissal is **without prejudice** to Johnson's right to refile her claims in state court. Johnson may not file an amended complaint in this matter.

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*